IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26CV917 |
| | ) | |
| AMY COLLINS, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The plaintiff, a prisoner of the State of North Carolina, submitted what the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, the Complaint cannot be further processed.

First, the plaintiff did not provide a filing fee, nor did he submit a signed affidavit with sufficient information to proceed *in forma pauperis*.

Second, the Complaint is not on forms prescribed for use by this Court. Further, the Complaint lacks the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A. *See* LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid the plaintiff, the Clerk is instructed to send the plaintiff new § 1983 forms, instructions, an application to

proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). The Court also notes that the plaintiff seeks to raise a claim that his rights are being violated because he is on lockdown. However, his filing does not contain any further factual allegations or descriptions of conditions to demonstrate that any conditions in lockdown somehow violate the plaintiff's federal constitutional rights. This leaves the basis for his claims unclear. The Court is not evaluating the claims substantively at this time, but the plaintiff should be aware that he must make his claims clear and provide factual support for them in any refiling of his case.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send the plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

**IT IS RECOMMENDED** that this action be dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 10th day of September, 2026.

JoAnna Gibson McFadden
United States Magistrate Judge